**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARCELLO CORTI,

    Plaintiff,                               Case No.: 1:25-cv-04895

v.                                      Judge Mary M. Rowland

THE PARTNERSHIPS AND UNINCORPORATED       Magistrate Judge Daniel P. McLaughlin
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 4 | Merjico US |
| 5 | Sambox US |
| 8 | MX-MFTOO |
| 9 | CATTREES-US |
| 11 | ruiouchuang |
| 12 | Syanjin |
| 13 | zerongdianziyouxiangongsi |
| 14 | yes shop |
| 18 | ZHKWLXS |
| 22 | Hongcay (6-12days delivery) |
| 24 | YULAIMAIYI |
| 25 | YUMAOHU |
| 26 | MAXDUCK DIRECT |
| 28 | YUMIAOM |
| 29 | PANLINLA |
| 30 | Delexs-US |
| 32 | jiayawu |
| 34 | Bytewar |
| 35 | XIANG JIAO |

| 43 | he yu art poster |
|---|---|
| 51 | Fun Land |
| 59 | QINGXIAOS |
| 61 | YXEEYCHEN |
| 67 | Erxingwu |
| 68 | Neorosiri |
| 69 | GTALMP |
| 70 | Hzrsly |
| 73 | bzkewj |
| 74 | Gqtwoy |
| 76 | JingChengGao |
| 77 | chuanwen |
| 78 | LUOzoyuans |
| 79 | shenxiFUFU |
| 80 | Viflosae Flash Deals Clearance |
| 81 | hongYANKOKO |
| 82 | lincaimei |
| 83 | Catgeta |
| 84 | DWSHUM |
| 85 | UsNing Co.Ltd |
| 86 | VSONTOR Clothing Shop |
| 87 | ShenRaohan |
| 88 | RenZhenGuan |
| 89 | YuXinYangWan |
| 90 | BAOPAI |
| 92 | Xivone |
| 93 | Bwiyojiz Toys |
| 95 | Toys Gathering-Smupbvky |
| 96 | GJPRXCx |
| 98 | Yingyi |
| 100 | GuangZhouXiYinWenJuYouXianGongSi |
| 102 | Y's Home Store |
| 103 | OuPin |
| 104 | Uscallm Flash Deals |
| 105 | YiBaiHan |
| 107 | Beautiful clothing |
| 108 | Qwtwty |
| 109 | RuWeiMao |
| 110 | Avdolw |
| 111 | lojfuhg |
| 112 | GoGoXQH |
| 113 | MH.Ltd |
| 114 | kcavykas Co. Ltd |
| 115 | Iumwxz Store |

| 116 | QingQinglin |
|-----|-------------|
| 117 | JGF844 |
| 118 | KHN5nn |
| 119 | ABeit |
| 120 | NengHanWei |
| 121 | GuangYARPG |
| 122 | J7GV |
| 123 | Ytndtr |
| 124 | Tunhigl |
| 125 | Neresum Toys Clearance |
| 126 | mtvxesu Ltd |
| 129 | HAZUUNN |
| 130 | OCCOKO |
| 131 | Midewhik |
| 133 | Xwx78wf.LOCM |
| 134 | Psqyysdp |
| 136 | Xwh8wfs-LLOCM |
| 145 | Paper Rich Shop |
| 146 | Boutique New Shop |
| 176 | Ella wall art |
| 177 | jsy poster |
| 180 | Bqwert |
| 181 | Aqwert |
| 182 | Dqwert |
| 196 | FggKK |
| 198 | Wing Art Prints |

DATED:  June 23, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 23, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt